■ DARYL N. CLARK, Respondent, v CITY OF ROME et al., Defendants, and DOMINICK CORIGLIANO, Individually and as an Officer, Agent and Employee of City of Rome, Appellant. [738 NYS2d 261] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Parker, J. (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.